1
2
3
4
5
6
7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10  BRIAN R. MARTIN,

11          Plaintiff,                    No. CIV S-07-0788 LKK EFB P

12      vs.

13  CALIFORNIA DEPARTMENT
    OF CORRECTIONS, et al.,
14
            Defendants.              ORDER
15  _____/

16      Plaintiff is a state prisoner without counsel suing for alleged civil rights violations. *See*

17  42 U.S.C. § 1983. He requests leave to proceed *in forma pauperis*.

18      Plaintiff alleges violations of his civil rights occurring for the most part in Tuolumne

19  County, California. Tuolumne County is in the Fresno Division of this court, and the action

20  should have been commenced there. *See* Local Rule 3-120(b). This court has not ruled on

21  plaintiff's request to proceed *in forma pauperis*.

22      Accordingly, it is hereby orderd that:

23      1. This action is transferred to the Fresno Division.

24      2. The Clerk of Court shall assign a new case number.

25  ////

26  ////

1

3. All future filings shall bear the new case number and shall be filed at:

>United States District Court
>Eastern District of California
>2500 Tulare Street
>Fresno, CA 93721

Dated: November 16, 2007.

*[signature]*

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2