1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

BRIAN R. MARTIN,                          CASE NO. 1:07-cv-01670-OWW-SMS PC

       Plaintiff,               ORDER DISMISSING ACTION, WITHOUT
                                          PREJUDICE, FOR FAILURE TO OBEY A
  v.                                    COURT ORDER

CALIFORNIA DEPARTMENT                      (Docs. 10 and 11)
OF CORRECTIONS, et al.,

       Defendants.
_____/

     Plaintiff Brian R. Martin ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

     On May 16, 2008, the Magistrate Judge filed a Findings and Recommendations herein which was served on Plaintiff and which contained notice to Plaintiff that any objection to the Findings and Recommendations was to be filed within thirty days.  No objection was filed.

     In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

     Accordingly, IT IS HEREBY ORDERED that:

     1.     The Findings and Recommendations, filed May 16, 2008, is adopted in full; and

///
///

1

1         2.     This action is dismissed, without prejudice, for failure to obey the Court's order.

2

3    IT IS SO ORDERED.

4    **Dated:    July 9, 2008**               /s/ **Oliver W. Wanger**
                                        UNITED STATES DISTRICT JUDGE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28